JULY 6, 1953

**No. 57421.**—Burroughs-Wellcome & Co:, Inc. *v.* United States, protests 196544–K (A) and 196781–K (B).—Protests abandoned May 28, 1953. (Not published.) Plaintiff's application for rehearing granted.